**Opinion issued January 17, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-12-00614-CV**

———————————

**GREATER HOUSTON PIPE, LC, Appellant**

**V.**

**DEEPWATER CORROSION SERVICES, INC., Appellee**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-64059**

---

**MEMORANDUM OPINION**

Appellant has filed an unopposed motion to dismiss the appeal because the

parties have reached an agreement to settle and compromise their differences.  No

opinion has issued.  Accordingly, we grant the motion and dismiss the appeal.  *See*

TEX. R. APP. P. 42.1(a)(1). In accordance with the agreement of the parties, costs of the appeal are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.